IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN T.; and A.T., <br><br>  Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS; MICROSOFT CORPORATION; and the MICROSOFT CORPORATION WELFARE PLAN, <br><br>  Defendants. | **ORDER DISMISSING CASE** <br><br> Case No. 4:23-cv-00114-RJS-PK <br><br> District Judge Robert J. Shelby <br><br> Magistrate Judge Paul Kohler |

The court previously ordered Plaintiffs to show cause, by October 15, 2025, why this case should not be dismissed for failure to prosecute.[1] Plaintiffs have failed to respond. Accordingly, the case is dismissed. The pending Motions for Summary Judgment are denied as moot.[2] The Clerk of Court is directed to close the case.

SO ORDERED this 21st day of October 2025.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[1] Dkt. 57, *Order to Show Cause*.

[2] Dkts. 42, 44.