IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN T.; and A.T., <br><br> Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS; MICROSOFT CORPORATION; and the MICROSOFT CORPORATION WELFARE PLAN, <br><br> Defendants. | **JUDGMENT** <br><br> Case No. 4:23-cv-00114-RJS-PK <br><br> District Judge Robert J. Shelby <br><br> Magistrate Judge Paul Kohler |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

SO ORDERED this 21st day of October 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge